UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )
v.                                )          1:04-CV-252\1:01-CR-61
                                  )          *Collier*
RALPH VASQUEZ                      )

## **O R D E R**

The defendant, Ralph Vasquez, has filed a motion to vacate, set aside, or correct sentence

pursuant to 28 U.S.C. § 2255 (Court File No. 1).

Since it does not plainly appear from the face of the motion that it should be summarily

dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading

to the motion within forty-five (45) days from entry of this Order.  Rule 4 of the Rules

Governing Section 2255 Proceedings For The United States District Courts.


**SO ORDERED.**

**ENTER:**


**/s/**
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**