UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| RALPH VASQUEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 1:04-CV-252/1:01-CR-61<br><br>Judge Curtis L. Collier |

## **O R D E R**

For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Petitioner Ralph Vasquez's ("Petitioner") motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Further, the Court **DECLINES** to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** any appeal in this matter by Petitioner would not be taken in good faith.

**SO ORDERED.**

**ENTER:**